UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO:

IN RE: $28,000.00 IN UNITED
STATES CURRENCY SEIZED
ON OR ABOUT MAY 23, 2017

_____/



**AGREED MOTION TO ENLARGE TIME
IN WHICH TO FILE COMPLAINT**

The United States of America ("Plaintiff"), by and through its undersigned attorney, and Manuel Fernando Correa Roa, ("Claimant"), by and through his attorney, Jennifer Diaz, file this Agreed Motion To Enlarge Time In Which To File Complaint and respectfully show unto the Court:

1. On or about May 23, 2017, $28,000.00 in United States currency, was seized from three travelers, including Claimant, at Miami International Airport.

2. Claimant sought the return of the seized funds and ultimately submitted a facially valid claim with United States Customs and Border Protection on or about December 20, 2017.

3. Pursuant to 18 U.S.C. § 983(a)(3)(A), the government is required to file a complaint for forfeiture 90 days after a claim has been filed and, if no complaint or indictment is filed, to release the property. The statute also provides that the court may extend the time in which a complaint may be filed, for good cause shown or by agreement of the parties.[1]

---

[1] 18 U.S.C. § 983(a)(3)(A) reads:
Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.

4. The deadline for filing a complaint in the above described matter is March 20, 2018, ninety days from Customs' receipt of the December 20, 2017 claim.

5. Undersigned counsel and Claimant's counsel seek to explore the possibility of resolving this matter without litigation. However, additional time is necessary so that meaningful settlement discussions can be conducted. Moreover, a family emergency will prevent Claimant's counsel from attending to this matter at this time.

6. An extension of approximately one month, through and including, April 16, 2018, should be a sufficient time for the parties to either come to a settlement or for the United States to file its forfeiture complaint.

WHEREFORE, it is prayed, that the Agreed Motion To Enlarge Time In Which To File Complaint, be granted.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By: *s/ Alison W Lehr*
Alison W. Lehr
Assistant United States Attorney
Fla. Bar No. 44453799
N.E. 4th Street - 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9176
Fax: (305) 536-7599
Email: alsion.lehr@usdoj.gov

## CERTIFICATE OF SERVICE

Undersigned hereby certifies that this motion was sent by electronic mail to counsel for Claimant, Jennifer Diaz, Esq., at jen@diaztradelaw.com this 5th day of March 2018.

*s/ Alison W. Lehr*
Alison W. Lehr
Assistant United States Attorney